UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOEL HALVORSEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:24-cv-01497-MTS |
| QUANTUM FINANCE AND BUSINESS INTELLIGENCE, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This case is before the Court on review of the file. Plaintiff Joel Halvorsen has not filed proof of service of Defendant Quantum Finance and Business Intelligence. Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). Since service to Defendant has not been completed, or at least not shown, *see id.* at 4(*l*)(1), the Court will order that service be made and shown within ten days.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Thursday**, **March 13, 2025**, Plaintiffs must serve Defendant and file proof of such service. The failure to file proof of service of Defendant by **March 13, 2025**, will result in dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 3rd day of March 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE