UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOEL HALVORSEN, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:24-cv-01497-MTS |
| QUANTUM FINANCE AND BUSINESS INTELLIGENCE, | ) ) ) ) |
|     Defendant. | ) ) |

**MEMORANDUM AND ORDER**

This case is before the Court on Plaintiff's Motion for Extension of Time to Serve Defendant. Plaintiff filed this action 117 days ago. Pursuant to Federal Rule of Civil Procedure 4(m), if a defendant is not served within ninety days after the complaint is filed, the Court "must dismiss the action without prejudice against that defendant" or "order that service be made within a specified time." Fed. R. Civ. P. 4(m). On March 03, 2025, consistent with Rule 4(m), the Court ordered that service be made and proof of service filed within ten days. Doc. [4].

In response, Plaintiff filed the instant Motion seeking more time. Rule 4(m) provides that if the plaintiff "shows good cause" for the failure to serve a defendant, then the district court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m). Plaintiff's Motion failed to show good cause. While the Motion states that Plaintiff has "diligently attempted to serve Defendant" and made "reasonable efforts" to do so, the Motion provides no details or specificities whatsoever around those "attempt[s]" and "efforts." It includes only Plaintiff's unadorned conclusions that his (unspecified) attempts at service have

been diligent and reasonable. Plaintiff therefore has not *shown* good cause. *See* Fed. R. Civ. P. 4(m); *see also Show*, *Black's Law Dictionary* (12th ed. 2024); *cf. Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009) ("[W]here the well-pleaded facts do not permit the court to infer more than the mere possibility of misconduct, the complaint has alleged—but it has not 'show[n]'—'that the pleader is entitled to relief.'" (citing Fed. Rule Civ. P. 8(a)(2))).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Serve Defendant, Doc. [5], is **DENIED** without prejudice.

Dated this 5th day of March 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE